# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **No. 3:07-CR-53** |
| ) | **(Phillips)** |
| **JASON NELSON** ) | |

## ORDER

This matter is before the court on defendant's motion to file a sentencing memorandum under seal [Doc. 60]. As grounds for the motion, defendant states that his sentencing memorandum contains family information and other matters that should remain confidential. For the good cause stated, the motion is **GRANTED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge