UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:07-CR-53 |
| ) | (Phillips) |
| JASON NELSON ) | |

### ORDER

There being no timely objection by defendant, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation (R&R) [Doc. 73] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on December 9, 2009 is hereby **ACCEPTED IN WHOLE** whereby defense counsel's CJA Voucher is reduced 6.6 hours for a total reduction of $620.00.

**IT IS SO ORDERED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge