# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-53 |
| | ) | (Phillips) |
| JASON NELSON | ) | |

### ORDER

Charles Poole, counsel for defendant, has filed a notice of no objections [Doc. 76] to the Amended Report and Recommendation filed in this case recommending that counsel's CJA Voucher be reduced 10.1 hours for a total monetary reduction of $949.40. There being no objection by defendant, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Amended Report and Recommendation (R&R) [Doc. 75] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on February 2, 2010, is hereby **ACCEPTED IN WHOLE** whereby defense counsel's CJA Voucher is reduced 10.1 hours for a total monetary reduction of $949.40

**ENTER:**

                                              s/ Thomas W. Phillips
                                       United States District Judge